UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAN DIEGO COUNTY, et al.<br><br>　　　　　　　　　Defendants. | CASE NO. 12-cv-0492-GPC-JLB<br><br>**ORDER GRANTING DEFENDANTS COUNTY OF SAN DIEGO AND JOSEPH CARGEL'S *EX PARTE* APPLICATION TO FILE ANSWER AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Dkt. No. 292] |

　　　As the Court has noted in a previous Order filed in this case, (Dkt. No. 289), only the twelfth cause of action remains of the twelve causes of action alleged against the various Defendants in Plaintiff's Third Amended Complaint ("TAC"), the current operative complaint (Dkt. No. 64). That cause of action, as alleged against the County of San Diego and Joseph Cargel ("Defendants") was stayed pending resolution of Plaintiff's state criminal appeal proceeding pursuant to this Court's order. (*See* Dkt. No. 156.) The Court ordered the parties to notify it upon the conclusion of any underlying appeal and to seek leave via *ex parte* application before filing any further motions. (Dkt. No. 291.)

//

- 1 -

1  In their *ex parte* application, Defendants now advise the Court that on
2  January 8, 2015, the California Court of Appeal affirmed Plaintiff's criminal
3  conviction, and that on April 1, 2015, the California Supreme Court denied
4  Plaintiff's petition for review and that the case was considered "complete" as of
5  April 8, 2015. (Dkt. No. 292.)
6  In support of their *ex parte* application, Defendants request judicial notice of
7  the following two documents (Dkt. No. 292-1):
8  • **Exhibit A**: Opinion of the Court of Appeal, Fourth Appellate District
9  of California, Division One, Case No. D064053 (*The People v. Paul
10  Hupp*) filed 1/8/15 (Dkt. No. 292-2);
11  • **Exhibit B**: Docket (Register of Actions) for Court of Appeal, Fourth
12  Appellate District of California, Division One, Case No. D064053 (*The
13  People v. Paul Hupp*) (Dkt. No. 292-3).
14  A court may take notice of undisputed "matters of public record" subject to
15  judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir. 2001)
16  (citing Fed. R. Evid. 201; *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th
17  Cir. 1986)). Under Federal Rule of Evidence 201, a district court may take notice of
18  facts not subject to reasonable dispute that are capable of accurate and ready
19  determination by resort to sources whose accuracy cannot reasonably be questioned.
20  Fed. R. Evid. 201(b); *see also Lee*, 250 F.3d at 689. Defendants' two requests for
21  judicial notice are properly noticeable as the documents are matters of public record
22  and are capable of accurate and ready determination. Finding the Opinion of the
23  Court of Appeal and the Docket (Register of Actions) for the state appeal
24  proceeding relevant, the Court takes judicial notice of both documents.
25  //
26  //
27  //
28  //

Since the state court criminal appeal has been completed, the Court hereby issues the following **ORDER**:

1. The stay of above-captioned matter is hereby **LIFTED**;
2. Defendants' *ex parte* application to file an Answer and Motion for Judgment on the Pleadings is **GRANTED** and Defendants are instructed to file an Answer and Motion for Judgment on the Pleadings within **three (3) days** of the electronic docketing of this Order; and
3. The Court takes judicial notice of the following documents:
   a. **Exhibit A**: Opinion of the Court of Appeal, Fourth Appellate District of California, Division One, Case No. D064053 (*The People v. Paul Hupp*) filed 1/8/15; and
   b. **Exhibit B**: Docket (Register of Actions) for Court of Appeal, Fourth Appellate District of California, Division One, Case No. D064053 (*The People v. Paul Hupp*).

**IT IS SO ORDERED.**

DATED: August 20, 2015

HON. GONZALO P. CURIEL
United States District Judge